LEAGUE OF WOMEN VOTERS of Arkansas, Petitioner *v.* Sharon PRIEST, in her official capacity as Secretary of State of the State of Arkansas, Respondent; John Hoyle, Individually, and on behalf of Arkansas Taxpayers' Rights Association, Intervenor

98-1093                                                      975 S.W.2d 828

Supreme Court of Arkansas
Opinion delivered October 15, 1998

*Wright, Lindsey & Jennings LLP*, by: *John G. Lile* and *Stephen R. Lancaster*, for petitioner.

*Winston Bryant*, Att'y Gen., by: *Tim Humphries*, Senior Ass't Att'y Gen., for respondent.

*Oscar Stilley*, for intervenor.

PER CURIAM. ■ The petitioner, League of Women Voters of Arkansas, filed this original-action petition asking us to declare insufficient the ballot title for proposed Amendment 4 and to enjoin the respondent, Sharon Priest, the Secretary of the State, from placing proposed Amendment 4 on the ballot for the November 3, 1998 general election. The intervenor, John Hoyle, individually, and on behalf of the Arkansas Taxpayers' Rights Association, ask us to reject the League's petition. The issues presented by the League's petition are rendered moot in light of our holding on this date in *Roberts v. Priest*, 334 Ark. 503, 975 S.W.2d 850 (1998). Accordingly, this petition is dismissed.